**Larry HONEYCUTT, Appellant,**

v.

**TREASURER OF THE STATE OF MISSOURI, CUSTODIAN OF THE SECOND INJURY FUND, Respondent.**

No. 74648.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 9, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 5, 1999.

Application to Transfer Denied
June 29, 1999.

Harry J. Nichols, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, M. Jennifer Sommers, Asst. Atty. Gen., St. Louis, for respondent.

Before HOFF, P.J., GARY M. GAERTNER, and RHODES RUSSELL, JJ.

ORDER

PER CURIAM.

Appellant, Larry Honeycutt, appeals the Final Award of the Labor and Industrial Relations Commission entered in favor of respondent, the Treasurer of the State of Missouri as Custodian of the Second Injury Fund, denying his claim for compensation. We affirm.

We have reviewed the briefs of the parties, the legal file, and the transcript and find the award is supported by substantial and competent evidence and is not against the weight of the evidence based on the record as a whole. As an extended opinion would serve no jurisprudential purpose, we affirm the award pursuant to Rule 84.16(b).